**JESSE S. KAPLAN   CSB# 103726**
**5441 Fair Oaks Bl. Ste. C-1**
**Carmichael, CA   95608**
**(916) 488-3030**
**(916) 489-9297 fax**

**Attorney for Plaintiff**
**JOSEPH D'AMBROSIO**

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOSEPH D'AMBROSIO,** | No. 2:08-CV-00800-WBS-DAD |
| **Plaintiff,** | |
| v. | ORDER GRANTING REQUEST FOR DISMISSAL |
| **PACIFIC TELESIS GROUP COMPREHENSIVE DISABILITY BENEFITS PLAN and SEDGWICK CLAIMS MANAGEMENT SERVICES, INC.** | |
| **Defendants.** | |

   No answer having been filed; the court having been provided with filed notice of settlement; and pursuant to plaintiff's filed request for dismissal with prejudice,

   IT IS HEREBY ORDERED that this action be, and is, dismissed with prejudice.

DATED: July 13, 2009

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1